UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LESHAWN YOUNG, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

            Plaintiffs,

            v.

CEMAYLA, LLC,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-710

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, CEMAYLA, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       February 28, 2025

                                                            **GOTTLIEB & ASSOCIATES PLLC**

                                                            */s/Michael A. LaBollita, Esq.*

                                                      Michael A. LaBollita, Esq., (ML-9985)
                                                           150 East 18th Street, Suite PHR
                                                                    New York, NY 10003
                                                                      Phone: (212) 228-9795
                                                                         Fax: (212) 982-6284
                                                                   Michael@Gottlieb.legal

                                                                   *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge